IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROXANNE CORDOVA,**

        **Plaintiff,**

vs.                                                          No. CV 17-611 SMV

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**

        **Defendant.**

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through January 10, 2018 to serve her Motion to Reverse of Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through March 12, 2018 to serve her Response, and Plaintiff through March 26, 2018 to serve her Reply.

                                                  HONORABLE STEPHAN M. VIDMAR
                                                  UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860

<u>Email Approval on December 14, 2017</u>
Manuel Lucero AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax