IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROXANNE ALEXANDRA CORDOVA,

    Plaintiff,

v.                                                                                   No. 17-cv-0611 SMV

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## **JUDGMENT**

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum [Doc. 19] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                                _____
                                                                                **STEPHAN M. VIDMAR**
                                                                                **United States Magistrate Judge**
                                                                                **Presiding by Consent**